UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-18-1744** |
| VALENTIN BELTRAN-VILLARREAL
RAFAEL MENDOZA-RAMIREZ | § § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about October 5, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**VALENTIN BELTRAN-VILLARREAL
and
RAFAEL MENDOZA-RAMIREZ**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about October 5, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**VALENTIN BELTRAN-VILLARREAL
and
RAFAEL MENDOZA-RAMIREZ**

did knowingly and intentionally possess with intent to distribute a controlled substance. The

controlled substance involved was 5 kilograms or more, that is, approximately 72 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Three

On or about October 5, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**VALENTIN BELTRAN-VILLARREAL**

did knowingly possess a machinegun, that is, an Israel Military Industries Uzi, 9mm caliber machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## Count Four

On or about October 5, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**VALENTIN BELTRAN-VILLARREAL**

being an alien who was illegally and unlawfully in the United States, did knowingly possess in and affecting interstate and foreign commerce a firearm, that is, an Israel Military Industries Uzi, 9mm caliber machinegun, and ammunition, that is, thirty-three (33) rounds of Monarch brand 9mm Luger caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

# NOTICE OF FORFEITURE
## 18 U.S.C. §924(d)(1) and 28 U.S.C. § 2461(c)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**VALENTIN BELTRAN-VILLARREAL**

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(5)(A) and/or conviction of a violation of Title 18, United States Code, Section 922(o), all firearms or ammunition involved in said violation(s) are subject to forfeiture, including but not limited to the following:

an Israel Military Industries Uzi, 9mm caliber machinegun with receiver marking G576;

thirty-three (33) rounds of Monarch brand 9mm Luger caliber ammunition.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY